### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **Joseph R. Daloia** | | |
| **Carolann S. Daloia** | : | |
| Debtors | : | Bankruptcy No. 19-16350-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW,** this _____ day of _____,
2020 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing
Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among
the standing trustee, the debtors will be barred from filing any case, individually or jointly, within one
hundred and eighty days (180) of the date of this order, without court approval, in accordance with the
express terms of such ORDER, and it is further

**ORDERED**, that objecting creditor, U.S. Bank Trust, N.A., et al, shall adjourn the sheriff sale
for 1139 Park Avenue, Bensalem, PA 19020 to a date no earlier than 30 days past June 12, 2020; and
it is further

**ORDERED**, that Debtors are permitted to apply for a loan modification on the first mortgage
on 1139 Park Avenue, Bensalem, PA 19020.

### BY THE COURT

_____
**HONORABLE MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**

cc:
Joseph R. Daloia
Carolann S. Daloia
1139 Park Avenue
Bensalem, PA 19020

William C. Miller, Esquire
 Office of the Chapter 13 Trustee
 P.O. Box 40119
 Philadelphia, PA  19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA  19107

Brian E. Caine, Esq.
Parker McCay P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, NJ  08054